J Christopher Jorgensen
Nevada Bar No. 5382
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

# UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY A. ROLDAN,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; BARCLAYS BANK, DELAWARE,<br><br>Defendants. | Case No.: 2:19-cv-01302-JCM-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Peggy A. Roldan ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

## RECITALS

A.  Plaintiff filed the Complaint ("Complaint") against Barclays on or about July 29, 2019.

B.  Barclays was served with the Complaint on August 6, 2019.

C.  Barclays' current deadline to respond is August 27, 2019.

D.  The parties agreed to extend Barclays' time to respond to the Complaint through September 26, 2019, in order to give Barclays time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E.  There is good cause to grant this stipulation because Barclays requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F.  Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Barclays

respectfully request that the Court extend Barclays' time to respond to Plaintiff's Complaint through September 26, 2019.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays has up to and including September 26, 2019, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED**

DATED: August 27, 2019  LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ J Christopher Jorgenson*
    J Christopher Jorgensen
    *Attorneys for Defendant*
    *Barclays Bank Delaware*

DATED: August 27, 2019  HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
    David H. Krieger
    *Attorney for Plaintiff*
    *Michelle H. Pro*

**ORDER**

**IT IS SO ORDERED**

_[signature]_
United States Magistrate Judge
DATED August 27, 2019