J Christopher Jorgensen
Nevada Bar No. 5382
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
E-mail:  cjorgensen@lrrc.com

*Attorneys for Defendant*
*Barclays Bank Delaware*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PEGGY A. ROLDAN, | Case No.: 2:19-cv-01302-JCM-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO RESPOND TO COMPLAINT** |
| TRANSUNION, LLC; BARCLAYS BANK, DELAWARE, | |
| Defendants. | **(SECOND REQUEST)** |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Peggy A. Roldan ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

**RECITALS**

A.      Plaintiff filed the Complaint ("Complaint") against Barclays on or about July 29, 2019.

B.      Barclays was served with the Complaint on August 6, 2019.

C.      The Court extended Barclays' original deadline to respond from August 27, 2019 to September 26, 2019.

D.      The parties agreed to extend Barclays' time to respond to the Complaint through October 17, 2019, in order to give Barclays further time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

E.      There is good cause to grant this stipulation because Barclays is still in the process of investigating the claims and is working to provide opposing counsel with

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE

1  documentation. Upon receipt of that documentation, Barclays is hopeful that the matter can be

2  resolved without further litigation.

3      F.      Pursuant to Local Rule IA 6 September 20-2 and Local Rule 7.1, Plaintiff and

4  Barclays respectfully request that the Court extend Barclays' time to respond to Plaintiff's

5  Complaint through October 17, 2019.

6                                    **STIPULATION**

7      NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays

8  has up to and including October 17, 2019, to file a response to Plaintiff's Complaint.

9

10  **IT IS SO STIPULATED**

11  DATED:  September 20, 2019      LEWIS ROCA
                                    ROTHGERBER CHRISTIE LLP
12

13                                  By: */s/ J Christopher Jorgenson*
                                        J Christopher Jorgensen
14                                      *Attorneys for Defendant*
                                        *Barclays Bank Delaware*
15

16  DATED:  September 20, 2019      HAINES & KRIEGER, LLC

17

18                                  By: */s/ David H. Krieger*
                                        David H. Krieger
19                                      *Attorney for Plaintiff*
                                        *Michelle H. Pro*
20

21                                  **ORDER**

22                                  **IT IS SO ORDERED**

23

24                                  United States District Judge

25                                  DATED  September 23, 2019

26

27

28